**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Zojo Solutions, Inc.
                        Plaintiff,

v.                                         Case No.: 1:10–cv–01431
                                              Honorable Harry D. Leinenweber

Zircon Corporation
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 14, 2010:

      MINUTE entry before Honorable Harry D. Leinenweber:By agreement, defendant given to 10/14/2010 in which to answer. Status hearing date of 10/28/2010 to stand.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.